KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone: (702) 678-6700
Facsimile: (702) 678-6767
E-Mail: advocate@kconnollylawyers.com
*Attorney for Brandon Alvarez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:22-cr-134-APG-BNW-2 |
| Plaintiff, | |
| vs. | **MOTION TO WITHDRAW AS COUNSEL** |
| BRANDON ALVAREZ, | |
| Defendant. | |

Brandon Alvarez, by and through his CJA counsel, Karen A. Connolly, hereby moves this Court to terminate Ms. Connolly's appointment and remove Ms. Connolly as his attorney of record. Further, Mr. Alvarez requests that Ms. Connolly be removed form the CM/ECF E-Notice List. Ms. Connolly was appointed under the Criminal Justice Act, 18 U.S.C. §3006(A)(a)(1)(e), on June 13, 2022 [ECF No. 13]. The Court issued a Judgment on July 19, 2023 [ECF No. 108]. Ms. Connolly therefore completed her appointed task and should be removed as attorney of record.

For the above reasons, Ms. Connolly's CJA appointment should be terminated, and she should be removed from the CM/ECF E-Notice List.

Respectfully submitted this 7th day of March, 2024.

**KAREN A. CONNOLLY, LTD.**

 */s/ Karen A. Connolly*
KAREN A. CONNOLLY
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone: (702) 678-6700

IT IS SO ORDERED:

Dated: March 8, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Motion to Withdraw as Counsel.wpd